RECEIVED

SEP 16 2002

DOBBINS

DISTRICT COURT

JUDGE CONLON

DOCKETED

SEP 1 7 2002

Baker James,

Plaintiff

V.

United States District Court

Northern District of Illinois

Illinois Department of Human Services )

Elgin Mental Health Center )

)

Headley Dennis, )

Staples Nancy, )

Monahan Tom, )

Davis David, )

Dr. Singh )

Mr. Dorrel )

Defendants )

02C  6606

MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

## FOR OBSTRUCTION OF JUSTICE, INCOMPETENCE, HARMFUL TO SELF AND OTHERS AND SUPPRESSION OF GOVERNMENT PROPERTY WITHOUT REPORTING TO THE COURTS, SINCE JUNE 6, 1999.

PROPERTY SUPPRESSED:..

SELF IDENTIFICATION: JAMES BAKER.

"          SECURITY ENFORCEMENT.

ENFORCEMENT SPECIAL SECURITY USA.

LICENSE NO. S O F O 3.

KING OF EGYPT.

PROPERTY: F12 - FOLIO - SECURITY CONSULTANT { IDENTIFICATION }.

F34 - FOLIO - SPECIAL IDENTIFICATION.

PAGE { 1 }, NEXT PAGE...

G134 - FOLIO - SECURITY ENFORCEMENT, BADGE AND I . D .

NO RECEIPT WAS GIVEN FOR PROPERTY.

# CHAPTER 38 CRIMINAL LAW AND PROCEDURE

## MY ONLY RESOURCE FOR DEFENSE Par. 122 - 6. DISPOSITION

### IN TRIAL COURT.

OFFENSES AFFECTING GOVERNMENTAL FUNCTIONS, { PAR. 30-1 } PART { E }.

OFFENSES AFFECTING GOVERNMENT, { PAR. 90-1 }, PART { E }.

ARTICLE 31, INTERFERENCE WITH PUBLIC OFFICERS.

ARTICLES, { 16-1 }, { 16-2 }, { 15-3 }, { 15-4 }, { 15-5 }, { 15-7 }, { 15-8 }, { 15-9 }.

30-1, TREASON.

30-3, ADVOCATING OVERTHROW OF GOVERNMENT.

31-1, RESISTING OR OBSTRUCTING A PEACE OFFICER.

31-4, OBSTRUCTING JUSTICE.

31-3, OBSTRUCTING SERVICE OF PROCESS.

31-8, REFUSING TO AID AN OFFICER.

33C-1, FRAUDULENTLY OBTAINING OR RETAINING CERTIFICATION.

33C-2, WILLFULLY MAKING FALSE STATEMENT.

33C-3, WILLFULLY OBSTRUCTING OR IMPEDING AN OFFICIAL OR EMPLOYEE OF ANY AGENCY IN HIS INVESTIGATION.

ARTICLES 107, ARREST.

PAR. 107-4, ARREST BY PEACE OFFICER FROM OTHER JURISDICTION, {
PAGE { 2 }, NEXT PAGE...

SECTIONS }, 1, 2, 3, { b }, { c }.

Par. 107-5, METHOD OF ARREST, { b }, { c }, { d }.

Par. 107-6, RELEASE BY OFFICER OF PERSON ARRESTED.

Par. 107-7, PERSONS EXEMPT FROM ARREST, { b }, { c }, { d }.

Par. 107-8, ASSISTING PEACE OFFICER, { b }, { c }.

Par. 107-9, ISSUANCE OF ARREST WARRANT UPON COMPLAINT, { a }, { b }, { 1 }, { 2 }, { 3 }, { 4 }, { c }, { d }, { 1 }, { 2 }, { 3 }, { 4 }, { 5 }, { 6 }, { 7 }, { e }.

Par. 107-10, DEFECTIVE WARRANT.

Par. 107-11, WHEN SUMMONS MAY BE ISSUED.

Par. 108a-2, AUTHORIZED DISCLOSURE OR USE OF INFORMATION.

ARTICLE 110, BAIL.

Par. 110-2, RELEASE ON OWN RECOGNIZANCE.

Par. 111-5, FORMAL DEFECTS IN A CHARGE.

Par. 111-7, LOSS OF CHARGE.

Par. 111-8, ORDERS OF PROTECTION TO PROHIBIT DOMESTIC VIOLENCE.

Par. 112a-16, ACCOUNTABILITY FOR ACTIONS OF OTHERS.


OFFICER CHARGED:

DENNIS HEADLEY, PROGRAM DIRECTOR, ELGIN MENTAL HEALTH CENTER.

OFFICERS CHARGE FOR NEGLECT OR NEGLIGENCE:

STAPLES NANCY, SUPERINTENDENT.

MR. MONAHAN TOM, FORENSIC PROGRAM DIRECTOR.

MR. DAVIS DAVID, UNIT DIRECTOR, { 1-EAST }.

PAGE { 3 }, NEXT PAGE...

DR. SINGH, PSYCHIATRIST { I-UNIT }.

MR. DARRELL, INTERNAL INVESTIGATOR, FROM INSPECTOR GENERALS OFFICE.

ALL ARE EMPLOYEE'S OF ELGIN MENTAL CENTER AND ILLINOIS DEPARTMENT OF HUMAN SERVICES. PHONE 847-742-1040.

CHAPTER 38 - CRIMINAL LAW AND PROCEDURE { 1987 EDITION }.
UNDER PROTECTION OF DISPOSITION.
MOTION TO DISMISS CHARGE AND INTERLOCUTORY BUSINESS
OR ORAL TESTIMONY, BILL OF PARTICULARS.
ARTICLE 100, TITLE AND SCOPE.

ARTICLES...

101: GENERAL PURPOSES, Par. 101-1, SECTIONS, {a }, { b }, { c }, { d }, { e }.

102: GENERAL DEFINITIONS, Par. 102-1, 102-2, 102-3, 102-4, 102-5, 102-6, 102-7, 102-8, 102-9, 102-10, 102-11, 102-12, 102-13, 102-14, 102-15, 102-19, 102-20.

114: PRE -TRIAL MOTIONS -{ Par. 114-1 }, UPON THE WRITTEN MOTION OF THE DEFENDANT MADE PRIOR TO TRIAL BEFORE OR AFTER A PLEA HAS BEEN ENTERED THE COURT MAY DISMISS THE INDICTMENT, INFORMATION OR COMPLAINT UPON ANY OF THE FOLLOWING GROUNDS...

SECTIONS:

{6}, THE COURT IN WHICH THE CHARGE HAS BEEN FILED DOES NOT HAVE JURISDICTION.

{7}, THE COUNTY IS AN IMPROPER PLACE OF TRIAL.

PAGE { 4 }, NEXT PAGE...

{8}, THE CHARGE DOES NOT STATE AN OFFENSE.

{10}, THE DEFENDANT IS MISNAME IN THE CHARGE AND THE MISNOMER

RESULTS  IN SUBSTANTIAL INJUSTICE TO THE DEFENDANT, { KING OF EGYPT

}, SECTIONS { b }, { c }, { d }, { e }, { f }.

Par. 114-2, MOTION FOR PARTICULARS, { a }, { b }, JUSTICE MAY REQUIRE.

Par. 116-2, MOTION IN ARREST OF JUDGMENT, SECTION- { 2 }, THE COURT IS

WITHOUT JURISDICTION OF THE CAUSE.

Par. 122-2, CONTENTS OF PETITION, { IF NECESSARY }.

Par. 122-6, DISPOSITION IN TRIAL COURT.

   ARTICLE 112A, DOMESTIC VIOLENCE, ORDER OF PROTECTION, { KING OF

EGYPT }.

Par. 112a-25, IMMUNITY FROM PROSECUTION.

Par. 112-16, ACCOUNTABILITY FOR ACTIONS OF OTHERS, { SUPPRESSION OF

EVIDENCE }.

ARTICLE 106, WITNESS IMMUNITY.

Par. 106-1, GRANTING OF IMMUNITY.

Par. 106-2, EFFECT OF IMMUNITY.

Par. 106-3, REFUSAL TO TESTIFY.

PAGE { 5 }, NEXT PAGE...

**{ MOTION FOR FREE TRANSCRIPT }.**

**Three - {3}, EXHIBITS FOR EVIDENCE, { A }, { B }, { C }.**

### Immediate Release and Punitive Damages

In relief, I'm seeking punitive damages, and immediate released from the Department of Human Services, amount of damages is unknown at this time. Jurisdiction is to be forwarded properly, and correctly for federal, and law enforcement business, until I am able to leave, and present myself as KING of EGYPT.

**JAMES BAKER ..."pro se"**

**750 SOUTH STATE STREET { I-UNIT }**

**ELGIN, ILLINOIS 60123-7692**

**PHONE 847-289-1473**

**ENFORCEMENT SPECIAL SECURITY USA.**

**LICENSE NO. S O F O 3.**

**KING OF EGYPT** _James Baker_ **" PRO SE"**

**END PAGE { 6 }.**

# EXHIBITS { A }

James Baker, "Pro Se"
750 South State Street { I-Unit }
Elgin IL. 60123-7692
Phone: [847] 289-1473

Thursday, September 05, 2002

**Concerning False Allegations:**

As you can see for yourself, the false allegation of FBI Agent, and US Marshall was uncalled for, in the petition for administration of psychotropic medication. My license speaks for itself, being an issuance of the Executive Branch of Government. My integrity wouldn't warrant this type of presentation, and the mention of mail-order supply house is enough, "{anybody can do this!}", I rest my case with your look into this matter of not being intimidated, due to my condition at this moment.

There was also a letter mailed by the Consulate General of Egypt, and addressed to the doctor here at elgin, stating me as a patient of no circumstance, and making the decision of help or value, to the institution for me, and government. My request is for the investigation of legitimacy in this letter, and it's representation to "Egypt".

I am, also looking at the hospitals' deception of me as delusional, because I have Government Credentials, giving me, and the environment here, the thought of elusion, this should stop, unless proven, that my identification is false.

Sincerely,

James Baker "Pro Se".
Pentagon: The US Department of Defense.
Enforcement Special Security USA,
License No. S O F O 3.

KING OF EGYPT _____ "Pro Se".



Illinois Department of... Mental Health
and Developmental Disabilities
Elgin Mental Health Center

James Baker
750 S State St
Elgin IL 60123-7612

Dear Sir,

We respectfully
receive mail

From Mr. Baker

if an attorney
there for you
for they may be
of some help in
valid to fill
institution.

Egyptian Consulate
500 North Michigan Ave.
Chicago, Illinois 60611

CONSULATE GENERAL OF THE
ARAB REPUBLIC OF
**EGYPT**
500 N. MICHIGAN AVENUE
SUITE 1900
CHICAGO, IL 60611

ATTII: TO THE DOCTOR OF THE PATIENT
MR JAMES BAKER

ILLINOIS DEPT OF MENTAL HEALTH
AND DEVELOPMENTAL DISABILITIES
ELGIN MHNTAL HEALTH CENTER
750 SOUTH STATE ST
ELGIN IL 60123-7692

601234 7692 42



Name ———

Address ———

City ———

James Baker
750 S State St
Elgin IL 60123-7612

Write your acceptance code

| E | 3 | 5 | 1 | 9 | 9 |

in the spaces provided here

America's Registry
Candidate Selection Division
1400 Old Country Rd., Ste 412
Westbury, NY 11590-5119

PLACE
STAMP
HERE

*Please Return this R.S.V.P. Card Today!*

☑ **Yes!** Please include me as a candidate for inclusion in **AMERICA'S REGISTRY, 2001-2002 EDITION**

For accuracy and publication purposes, please complete and mail this form at the earliest opportunity.

There is no charge or obligation on your part for inclusion of the following information in the Registry.

First Name _James_ M.I. Last Name _Baker_ Title _King of Egypt_

Current Organization/Company _Perifront the US Department of Defense (Entitlement Special Security USA License No 50403)_

Internet/Email Address _____

Street Address _750 S. State St. K-unit_ City _Elgin_ State _Illinois_ Zip _60123-7692_

(847) _____

Business Phone (Not for Publication) Ext. ___ Facsimile ___ Home Phone (Not for Publication) _(847) 289-1635 / 144_ Signature _James Baker_

In the event of any error in the publication, the sole responsibility and liability of the publisher will be to correct such error(s) in succeeding editions of the same publication.

**PLEASE TELL US MORE ABOUT YOUR ORGANIZATION OR BUSINESS . . .**

Industry (Professional Service, Financial, Education, Aerospace, Food, Banking, Consulting, etc.)

_Queens King Inc._ _Egyptian Government_

_King of Egypt_ _Kings Queen of the Development of Egypt_

Primary Product, Service or Activity (Semiconductors, Software, Paper, Cosmetics, Soybeans, etc.)

Personal Specialty (Marketing, Engineering, Trial Law, Pathology, Oil Exploration, Editor, etc.)

Type of Organization (Manufacturing, Distribution, Retail, Law Firm, University, Hospital, etc.)

America's Registry
Candidate Selection Division
1400 Old Country Rd., Ste 412
Westbury, NY 11590-5119
Acceptance code=E35199

Thursday, January 17, 2002

James Baker
750 South State Street K-Unit
ELGIN, Illinois 60123-7692
Phone No. [847]-289-1635/1794

To Whom:
For my personal confirmation of the facts, since this is for people to look at myself, so who can do it better than me.
I am here sill confined at "ELGIN MENTAL HEALTH CENTER" and I have been here since 1989 and locked up for 17 years of the month as in August, I am here for murder and was found not guilty by\ reason of insanity and given a date of 80 years, I will do 40 years of that, now for three years I have been waiting for my release from this place, for legal technicalities, because of the status that was given to me by the executive branch of the "United States Of America", the title is "Enforcement Special Security USA with the License No. SOFO3", as long as I am in this country that is the United States. For 12 years I have had the title "KING OF EGYPT" but only recognize by the government of the "United States" for 3 years as "KING" of the Egyptian Government. A copy of this letter and all information will be sent to the Egyptian Embassy for deliverance to the Government of Egypt.

THANK YOU.

PS
All government business commercial or other wise is controlled by the Company "Queens King Inc". Of the Egyptian Government.
The foundation of Egypt and name is "KINGS QUEENS" as of now.

Sincerely,
James Baker.
Pentagon: The US Department of Defense.
Enforcement Special Security USA,
License No. SOFO3.

KING OF EGYPT _____James Baker_____

Egyptian Consulate
500 north Michigan Ave.
Chicago, Illinois 60611


Thursday, January 17, 2002


James Baker
750 S. State Street K-Unit
Eglin Illinois 60123-7692
Phone 847-289-1635/1794


To be sent.
This letter and all information there of is to be sent or received by The Government of Egypt and there of.


THANK YOU,
James Baker.


KING OF EGYPT _James Baker_____



# AMERICA'S REGISTRY
## *of*
# OUTSTANDING PROFESSIONALS

Mr. James Baker
750 S State St
Elgin, IL 60123-7612

January 8, 2002

**This is your acceptance code.**

| E | 3 | 5 | 1 | 9 | 9 |
|---|---|---|---|---|---|

Please transfer this code to the place
provided on the RSVP card before mailing.

Dear Mr. Baker,

Congratulations! Your biography has been selected for inclusion in the forthcoming **2001-2002** edition of **America's Registry of Outstanding Professionals.**

Designed as a networking source for the Who's Who of worldwide decision makers, as well as your peers and colleagues, this unique volume recognizes those professional men and women who have achieved outstanding success in their respective fields of endeavor.

Once we receive your data and it passes our initial review, you will be contacted by telephone or mail to complete your professional profile. Should your inclusion be Confirmed, Mr. Baker, there is never a cost or obligation whatsoever for your appearance in America's Registry.

In order for us to have the most timely and up to date information, please respond to this invitation now, by completing and returning the enclosed information card.

On behalf of America s Registry, we wish you much continued success.

Very truly yours,

*Ruth Banks*

Ruth Banks
Editorial Acceptance

**P.S.** To maximize the networking potential of the publication please make sure to include your e-mail and web information.

**Please note:** *Please rest assured, we never ever share or resell the information you provide us to any other party! Your biographical information is used strictly in America's Registry publications only.*

1400 OLD COUNTRY RD., STE 412, WESTBURY, NY 11590
PHONE: (516) 997-2755 FAX: (516) 997-3356
Copyright ©2001 All Rights Reserved.

209926

STATE OF ILLINOIS
CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
KANE COUNTY

ORDER FOR THE AUTHORIZED INVOLUNTARY TREATMENT

RECEIVED

IN THE MATTER OF: JAMES BAKER          00 MH 164

This matter coming to be heard on the petition of DR. H. CHUNGHOR CLERK OF THE CIRCUIT COURT
for administration of psychotropic medications.

OCT 31 2000
Clerk of the Circuit Court
CRIMINAL DIVISION

It is hereby ordered that:

FILED         110
ENTERED

[ X ]   The petition is denied.

[   ]   The matter is continued until:

[   ]   The petition is granted, and JAMES BAKER shall receive   psychotropic
        medication (including the necessary lab work and medical examinations) to be
        administered by the Illinois Department of Human Services for a period not to
        exceed 90 days, by those staff whose license allows them to administer
        psychotropic medication pursuant to Illinois law.

        The medications authorized to be administer are:

        _____

        _____

        _____

        _____

        _____

        _____

[   ]   It is further ordered that:

Date: 10/06/2000       Enter: _____
                                              Judge

NOTICE TO PERSONS RECEIVING THIS ORDER
If you are affected by or interested in this order you should know that:
   1.  A final order of the Court may be appealed.  The court must notify the
       respondent of the right to appeal and the indigent's right to free
       transcripts and counsel.  If the client wishes to appeal and cannot obtain
       counsel, counsel will be appointed by the court.  Notice of appeal must be
       filed with the Clerk of the Court within thirty (30) days of this order.
   2.  An order authorizing administration of psychotropic medication is valid for
       no more than 90 days.
   3.  If the respondent's treatment needs change, then upon proper method of
       review the court may modify this order.

MHDD-25  FMHC  031098 ref: 405 ILCS 5, sections 2-107.1, 3-800 et. seq.

RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

## PETITION FOR ADMINISTRATION OF PSYCHOTROPIC MEDICATION

April 20, 2000.

Mr. Baker has a history of delusional thinking and assaultive behavior dating back to the early 1970's. Since his admission to Elgin MHC on 3/9/89, he has exhibited an increasing preoccupation with his delusional beliefs. Mr. Baker holds the delusional belief that he is "king of the Egyptian kingdom", and an FBI agent and US Marshall, and that he carries, "Official credentials and badges". His so called "credentials" were discovered by the Elgin MHC Security staff and were considered contraband items, and, therefore, they were confiscated. Mr. Baker obtained the badge through a mail-order supply house which he believes that he is a government official before he can order it. He "expects the staff to treat him as a peer since he is in law enforcement too." On 2/14/2000, Mr. Baker wanted to discuss the need to make out a release so that staff on all three shifts would be able to examine his official credentials. He wanted staff to be very aware that he is not a patient and that he should not be treated as such.

Mr. Baker does not acknowledge that he has a mental illness. He would confront people when the subject is on his mental illness. He would say, "Define paranoia for me. I,m not guarded; its my personal business. How can you define what my feelings are ? If you can"t analyze me properly, without respect, I think that you're wrong" , and " Don't assume that I 'm in a mental hospital that you think I'm crazy, you should give me the benefit of the doubt, and check me out first, before you call me crazy". He does not understand the implications of his mental illness to the crime in which he was adjudicated Not Guilty By Reason Of Insanity on 2/24/1989 at the Circuit Court of Cook County. Mr. Baker has had 3 previous DHS admissions. His first DHS admission was in 1974 at Chicago Read MHC. The second admission was reportedly at Tyinley Park MHC. The third admission was again at Chicago Read MHC in April, 1974. During his last admission at EMHC in November, 1987, Mr. Baker had threatened to kill a technician. He has a long history of refusing psychotropic medications. Records reflect that in the past, he received a low dose of Haloperidol for a short period of time, but stopped taking it. Again, he was prescribed Thorazine on an outpatient basis, but he did not comply. During his current ad mission at EMHC., he has always refused taking psychotropic medications, saying he does not need it.

Mr. Baker continues to remain extremely guarded, and delusional. He also experiences auditory hallucination. Since his transfer to this unit on 9/2/1999, he has always been demanding, argumentative, grandiose, and becomes hostile and threatening easily. There were numerous times that he questions/ challenges the unit rules and policy, and then calls the facility administrator, or Guardianship and Advocacy to address his complaints. On 10/14/1999, he was involved in an argument over TV channels. In the months of November and December, 1999, he was involved in a lot of arguments with staff over his rights are being violated because he had to keep the washroom door open. Again, he complained to the Guardianship and Advocacy office. [In early December, 1999, his petition to Court for Conditional Release was returned to him,] and he felt that it was tampered without realizing he missed filling out some information.] At end of March,

2000, he argued with the facility administrator over the return of his "credential" and badge. When being denied, he accused the administrator withholding information that he wanted to send to his judge, to prove that he is being kept here illegally. On 4/19, 2000, he assaulted another peer by punching his head twice, saying the person had wiped something onto his food during breakfast time. They were separated by staff, but he continued to be upset, and said that he would hit the person again it he had to.

At this time, Mr. Baker continues to refuse most treatment modalities, except doing activities with the activity therapist, going to the gym to work out and talking to his caseworker regarding his need for phone calls to his public defender. (He spends most of his time reading, working on his lap-top computer and making phone calls to his public defender, Egyptian Consulate, and the Guardianship and Advocacy office.) He remains to be preoccupied with the delusional belief that with his government credentials, he should be administratively released from the hospital.



RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

# EXHIBITS { B }

James Baker, "Pro Se"
750 South State Street { I-Unit }
Elgin IL. 60123-7692
Phone: [847] 289-1473

Thursday, September 05, 2002

### Letter of Introduction: Government Credentials and Disposition...

I am a patient confined at Elgin Mental Health Center. I have been here since 1989, and locked up in 1985, 17 years of the month of August. I'm here for murder and was found not guilty by reason of insanity { N. G. R. I }, and given a date of 80 years, I will do 40 years of that. For three years I have been waiting for my release from the hospital of Elgin Mental Health Center, but due to legal technicalities, with the status that was given to me by the executive branch of the United States of America. Title of Enforcement Special Security USA, License No. S O F O 3, for as long as I am in this country. After 12 years I've had the title KING OF EGYPT since 1990, and recognized by the government of the United States, for 3 years as KING of the Egyptian Government.

There will be a copy of my Identification, Government Credentials and Disposition. My concern is the mistreatment of affair's with due prejudice, this has been obvious since 11-01-98 the day I received my identification. Every address with recognize is that I am delusional about my identity with mental state of incompetence because of Government Credentials.

Sincerely,

James Baker "Pro Se".
Pentagon: The US Department of Defense.
Enforcement Special Security USA,
License No. S O F O 3.

KING OF EGYPT ___*James Baker*___ "Pro Se".

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                         NUMBER 85C00986201

JAMES          BAKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

    38-9-1-A(1)                    MURDER
    38-9-1-A(2)                    MURDER
    38-33A-2/I                     ARMED VIOL (CAT I WPN)

The following disposition(s) was/were rendered before the Honorable Judge(s):

09/04/85 IND/INFO-CLK OFFICE-PRES JUDGE        09/10/85 1701
    FITZGERALD, RICHARD J.
09/10/85 PUBLIC DEFENDER APPOINTED
    FITZGERALD, RICHARD J.
09/10/85 DEFENDANT ARRAIGNED
    FITZGERALD, RICHARD J.
09/10/85 CASE ASSIGNED                         09/10/85 1728
    FITZGERALD, RICHARD J.
09/10/85 CONTINUANCE BY ORDER OF COURT         09/11/85
    GILLIS, KENNETH L.
09/11/85 DIR FINDING NOT GUILTY          C001
    GILLIS, KENNETH L.
09/11/85 CONTINUANCE BY AGREEMENT              09/13/85
    GILLIS, KENNETH L.
09/13/85 CONTINUANCE BY AGREEMENT              10/01/85
    GILLIS, KENNETH L.
10/01/85 CONTINUANCE BY AGREEMENT              11/01/85
    GILLIS, KENNETH L.
11/01/85 PUBLIC DEFENDER APPOINTED
    GILLIS, KENNETH L.
11/01/85 CONTINUANCE BY AGREEMENT              11/15/85
    GILLIS, KENNETH L.
11/15/85 CONTINUANCE BY AGREEMENT              12/04/85
    GILLIS, KENNETH L.
12/04/85 BEHAVIOR CLINIC EXAM ORDERED          12/30/85 1728
    GILLIS, KENNETH L.
12/30/85 BEHAVIOR CLINIC EXAM ORDERED          01/17/86 1728
    GILLIS, KENNETH L.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C00986201

JAMES          BAKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

01/17/86 CONTINUANCE BY AGREEMENT                01/23/86
     GILLIS, KENNETH L.
01/23/86 DEF RECOMMITTED TO MENTAL HLTH
     GILLIS, KENNETH L.
01/23/86 BAIL REVOKED
     GILLIS, KENNETH L.
01/23/86 NO BAIL
     GILLIS, KENNETH L.
01/23/86 WARR ORD, WARR ISSUED          W001
     GILLIS, KENNETH L.
01/23/86 CONTINUANCE BY ORDER OF COURT           04/23/86
     GILLIS, KENNETH L.
04/23/86 CONTINUANCE BY AGREEMENT                07/25/86
     GILLIS, KENNETH L.
06/27/86 CONTINUANCE BY ORDER OF COURT           07/25/86 1728
     BAILEY, JAMES M.
07/25/86 CONTINUANCE BY AGREEMENT                08/28/86
     GILLIS, KENNETH L.
08/28/86 CONTINUANCE BY AGREEMENT                10/01/86
     GILLIS, KENNETH L.
10/01/86 CONTINUANCE BY ORDER OF COURT           11/06/86
     GILLIS, KENNETH L.
11/06/86 CONTINUANCE BY ORDER OF COURT           11/17/86
     GILLIS, KENNETH L.
11/17/86 MOTION DEFT - CONTINUANCE - MD          02/09/87
     GILLIS, KENNETH L.
02/09/87 CONTINUANCE BY ORDER OF COURT           02/19/87
     GILLIS, KENNETH L.
02/19/87 MOTION DEFT - CONTINUANCE - MD          03/09/87
     GILLIS, KENNETH L.
03/09/87 BEHAVIOR CLINIC EXAM ORDERED            03/30/87 1728
     GILLIS, KENNETH L.
03/30/87 MOTION DEFT - CONTINUANCE - MD          05/04/87
     GILLIS, KENNETH L.
05/04/87 WITNESSES ORDERED TO APPEAR             05/04/87 1728
     GILLIS, KENNETH L.
05/04/87 CONTINUANCE BY AGREEMENT                05/26/87
     GILLIS, KENNETH L.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 85C00986201

JAMES          BAKER

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

05/26/87 WITNESSES ORDERED TO APPEAR            05/26/87 1728
         GILLIS, KENNETH L.
05/26/87 MOTION DEFT - CONTINUANCE - MD         06/09/87
         GILLIS, KENNETH L.
06/09/87 WITNESSES ORDERED TO APPEAR            06/09/87 1728
         GILLIS, KENNETH L.
06/09/87 CONTINUANCE BY AGREEMENT               06/26/87
         GILLIS, KENNETH L.
06/26/87 WITNESSES ORDERED TO APPEAR            06/26/87 1728
         GILLIS, KENNETH L.
06/26/87 CONTINUANCE BY AGREEMENT               07/14/87
         GILLIS, KENNETH L.
07/14/87 CONTINUANCE BY AGREEMENT               08/20/87
         GILLIS, KENNETH L.
08/20/87 DEF RECOMMITTED TO MENTAL HLTH
         DENIED DIS FOR MAXIMUM TREATMENT PERIOD OF FIVE YEARS
         GILLIS, KENNETH L.
03/30/88 CONTINUANCE BY AGREEMENT               04/04/88
         GILLIS, KENNETH L.
04/04/88 WITNESSES ORDERED TO APPEAR            04/04/88 1728
         GILLIS, KENNETH L.
04/04/88 MOTION DEFT - CONTINUANCE - MD         04/06/88
         GILLIS, KENNETH L.
04/06/88 WARRANT QUASHED                  W001
         GILLIS, KENNETH L.
04/06/88 DEFENDANT FOUND FIT
         FIT WITH MEDICATION
         GILLIS, KENNETH L.
04/06/88 REINSTAT OF IND/INF FRM MH ORD   CALL 04/20/88 1728
         GILLIS, KENNETH L.
04/20/88 MOTION DEFT - CONTINUANCE - MD         05/19/88
         GILLIS, KENNETH L.
05/19/88 PRE-SENT INVEST. ORD, CONTD TO         06/01/88 1728
         BOHARIC, ROBERT V.
06/01/88 CONTINUANCE BY AGREEMENT               06/20/88
         BOHARIC, ROBERT V.
06/20/88 WITNESSES ORDERED TO APPEAR            06/20/88 1728
         BOHARIC, ROBERT V.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 85C00986201

JAMES        BAKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | |
|---|---|
| 06/20/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 08/04/88 |
| 08/04/88 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 08/04/88 |
| 08/04/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 08/23/88 |
| 08/23/88 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 08/23/88 1728 |
| 08/23/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 10/05/88 |
| 10/05/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 11/02/88 |
| 11/02/88 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 11/02/88 1728 |
| 11/02/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 11/28/88 |
| 11/28/88 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 11/28/88 1728 |
| 11/28/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 12/13/88 |
| 12/13/88 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 01/04/89 |
| 01/04/89 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 01/04/89 1728 |
| 01/04/89 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 02/09/89 |
| 01/25/89 CASE ADVANCED<br>    BOHARIC, ROBERT V. | 01/25/89 1728 |
| 01/25/89 CHANGE PRIORITY STATUS          P<br>    BOHARIC, ROBERT V. | |
| 01/25/89 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 02/09/89 |
| 02/09/89 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 02/09/89 1728 |
| 02/09/89 CONTINUANCE BY AGREEMENT<br>    BOHARIC, ROBERT V. | 02/23/89 |
| 02/23/89 WITNESSES ORDERED TO APPEAR<br>    BOHARIC, ROBERT V. | 02/23/89 1728 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS        NUMBER 85C00986201

JAMES     BAKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

02/23/89 CONTINUANCE BY ORDER OF COURT      02/24/89
     BOHARIC, ROBERT V.
02/24/89 FND NG REASON INSANITY        CALL
     BOHARIC, ROBERT V.
02/24/89 REFERRED TO ILL DEP MEN HEALTH
     REMANDED TO DMH FOR EVALUATION UNDER CH 38-1005-2-4(A)
     BOHARIC, ROBERT V.
02/24/89 NO BAIL
     BOHARIC, ROBERT V.
02/24/89 WARR ORD, WARR ISSUED      W001
     BOHARIC, ROBERT V.
02/24/89 CONTINUANCE BY ORDER OF COURT      04/07/89
     BOHARIC, ROBERT V.
04/07/89 WITNESSES ORDERED TO APPEAR      04/07/89 1728
     BOHARIC, ROBERT V.
04/07/89 CONTINUANCE BY AGREEMENT      04/24/89
     FOR A HEARING PURSUANT TO CH 38 31005-2-4 AFTER NGRI
     BOHARIC, ROBERT V.
04/24/89 DEF COMMITTED TO MENTAL HEALTH
     INVOL ADMISSSION NO LONGER THAN 5-19-2025
     BOHARIC, ROBERT V.
04/24/89 NO BAIL
     BOHARIC, ROBERT V.
04/24/89 WARR ORD, WARR ISSUED      W001
     BOHARIC, ROBERT V.
04/24/89 CONTINUANCE BY ORDER OF COURT      08/10/89
     FOR FURTHER PROCEEDINGS
     BOHARIC, ROBERT V.
08/10/89 CONTINUANCE BY AGREEMENT      08/24/89
     BOHARIC, ROBERT V.
08/24/89 CONTINUANCE BY AGREEMENT      09/07/89
     DEFT IN DMH
     BOHARIC, ROBERT V.
09/07/89 CONTINUANCE BY ORDER OF COURT      10/31/89
     BOHARIC, ROBERT V.
10/31/89 CONTINUANCE BY AGREEMENT      02/01/90
     FOR STATUS
     BOHARIC, ROBERT V.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 85C00986201

JAMES        BAKER

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
02/01/90 CONTINUANCE BY ORDER OF COURT          05/01/90
         FOR REPORT FOR DEPARTMENT OF MENTAL HEALTH
         BOHARIC, ROBERT V.
05/01/90 DEFENDANT IN CUSTODY
         BOHARIC, ROBERT V.
05/01/90 CONTINUANCE BY ORDER OF COURT          06/21/90
         CUSTODY OF DEPT.OF MENTAL HEALTH.
         BOHARIC, ROBERT V.
06/21/90 DEFENDANT IN CUSTODY
         BOHARIC, ROBERT V.
06/21/90 CONTINUANCE BY ORDER OF COURT          07/03/90
         BOHARIC, ROBERT V.
07/03/90 DEFENDANT IN CUSTODY
         BOHARIC, ROBERT V.
07/03/90 CONTINUANCE BY ORDER OF COURT          10/09/90
         BOHARIC, ROBERT V.
10/09/90 DEFENDANT IN CUSTODY
         BOHARIC, ROBERT V.
10/09/90 CONTINUANCE BY ORDER OF COURT          10/17/90
         BOHARIC, ROBERT V.
10/17/90 DEFENDANT IN CUSTODY
         DEF. IN D.M.H.
         BOHARIC, ROBERT V.
10/17/90 CONTINUANCE BY ORDER OF COURT          12/19/90
         BOHARIC, ROBERT V.
12/19/90 DEFENDANT IN CUSTODY
         BOHARIC, ROBERT V.
12/19/90 CONTINUANCE BY AGREEMENT               04/08/91
         BOHARIC, ROBERT V.
02/27/91 CASE ADVANCED                          02/27/91 1728
         GAUGHAN, VINCENT
02/27/91 DEFENDANT IN CUSTODY
         GAUGHAN, VINCENT
02/27/91 BEHAVIOR CLINIC EXAM ORDERED           03/26/91 1728
         GAUGHAN, VINCENT
03/26/91 DEFENDANT IN CUSTODY
         GAUGHAN, VINCENT
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

VS                         NUMBER 85C00986201

JAMES          BAKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

03/26/91 CONTINUANCE BY AGREEMENT                  04/02/91
      GAUGHAN, VINCENT
04/02/91 DEFENDANT IN CUSTODY
      GAUGHAN, VINCENT
04/02/91 WITNESSES ORDERED TO APPEAR               04/02/91 1728
      GAUGHAN, VINCENT
04/02/91 CONTINUANCE BY AGREEMENT                  04/22/91
      GAUGHAN, VINCENT
04/22/91 CONTINUANCE BY ORDER OF COURT             04/23/91
      GAUGHAN, VINCENT
04/23/91 DEFENDANT IN CUSTODY
      GAUGHAN, VINCENT
04/23/91 WITNESSES ORDERED TO APPEAR               04/23/91 1728
      GAUGHAN, VINCENT
04/23/91 HOLD ON CALL                              05/01/91
      GAUGHAN, VINCENT
05/01/91 SPECIAL ORDER
      MOTION DEFT FOR UNSUPERVISED GROUND PASSES DENIED AFTER HEARING
      GAUGHAN, VINCENT
05/01/91 REFERRED TO ILL DEP MEN HEALTH
      GAUGHAN, VINCENT
03/03/00 CONTINUANCE BY ORDER OF COURT             04/12/00
      GAUGHAN, VINCENT
04/12/00 CONTINUANCE BY ORDER OF COURT             06/21/00
      GAUGHAN, VINCENT
05/22/00 HEARING DATE ASSIGNED                     05/25/00 1728
      FOR SUPPRESSION OF GOVERNMEN PROPERTY W/O REPO TING TO COURTS (ABOUT 6/6/
05/25/00 DEFENDANT IN CUSTODY                      00/00/00
      GAUGHAN, VINCENT
05/25/00 PRISONER DATA SHEET TO ISSUE              00/00/00
      GAUGHAN, VINCENT
05/25/00 CONTINUANCE BY ORDER OF COURT             08/23/00
      GAUGHAN, VINCENT
06/23/00 SPECIAL ORDER                             00/00/00
      FORENSIC CLINICAL FILED
      GAUGHAN, VINCENT
06/23/00 CONTINUANCE BY ORDER OF COURT             08/23/00
      GAUGHAN, VINCENT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 008

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 85C00986201

JAMES        BAKER

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 08/23/00 CONTINUANCE BY AGREEMENT | 09/12/00 | |
| GAUGHAN, VINCENT | | |
| 09/12/00 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| GAUGHAN, VINCENT | | |
| 09/12/00 CONTINUANCE BY AGREEMENT | 09/25/00 | |
| FOR RESTORATON HEARING | | |
| GAUGHAN, VINCENT | | |
| 09/25/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| GAUGHAN, VINCENT | | |
| 09/25/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| GAUGHAN, VINCENT | | |
| 09/25/00 CONTINUANCE BY ORDER OF COURT | 10/12/00 | |
| GAUGHAN, VINCENT | | |
| 10/12/00 CONTINUANCE BY AGREEMENT | 11/02/00 | |
| GAUGHAN, VINCENT | | |
| 11/02/00 DEFENDANT NOT IN COURT | 00/00/00 | |
| GAUGHAN, VINCENT | | |
| 11/02/00 SPECIAL ORDER | 00/00/00 | |
| PRO SE MOTION FOR TO BE TRANSFERRED TO NON SECU E SETTING DENIED | | |
| GAUGHAN, VINCENT | | |
| 11/02/00 HABEAS CORPUS PETITION DENIED | 00/00/00 | 2 |
| GAUGHAN, VINCENT | | |
| 11/02/00 CHANGE PRIORITY STATUS | M | 00/00/00 |
| GAUGHAN, VINCENT | | |
| 11/02/00 LET MITTIMUS ISSUE/MITT TO ISS | 00/00/00 | |
| GAUGHAN, VINCENT | | |

        I hereby certify that the foregoing has
        been entered of record on the above
        captioned case.
        Date 11/03/00

        _____
            AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT OF COOK COUNTY



**NIC**
500 Flournoy Lucas Road Bld. #3
Shreveport L.    1106-8119
(318) 688 1365    FAX (318) 688 1367
www.nic-inc.com

RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

Order No.   246652-1
PO# -NON-
Date    04/26/99

Process: 04/26/

Sold to:

James Baker
750 S. State Street (I-East)
Elgin, IL  60123

Ship to:

Mr. James Baker
750 S. State Street (I-East)
Elgin, IL  60123

| Customer No. | Sales I.D. | Batch Code | Media Code | Pay Method | Order Total |
|---|---|---|---|---|---|
| 280637 | KM | | CAT11 | MC | 35.27 |

| Credit Card Number | Exp. | Phone Number | Total Wt. | Zone | Total Items | Ship Via |
|---|---|---|---|---|---|---|
| 54042400159XXXX | 12/31/1999 | 847 888-9330 | | 5 | 15 | USM |

Message:

THANK YOU FOR YOUR ORDER!
Please see our Online Shopping at Website    www.nic-inc.com
shipping questions email  enigma@nic-inc.com          wO 04/26/9909:

| QTY | Item # | Description | Shipped | B/O | Unit Cost | Extension |
|---|---|---|---|---|---|---|
| | 3C - THREE I.D. KITS FOR $11.95! | | 3 | | 11.95 | 1 |
| | A200 - FOIL HOLOGRAM W/EAGLE | | 3 | | 0.83 | |
| | A204 - FOIL HOLOGRAM W/SECURITY | | 3 | | 0.83 | |
| | A205 - FOIL HOLOGRAM W/LADY JUSTICE | | 3 | | 0.83 | |
| | C10 - Concealed Weapons Permit Card | | 1 | | 4.95 | |
| | C130 - STATE IDENTIFICATION | | 1 | | 0.00 | |
| | C215 - Identification | | 1 | | 0.00 | |
| | C34 - Personal I.D. Card | | 1 | | 0.00 | |
| | C99 - Law Enforcement Codes Card | | 1 | | 4.95 | |

RECEIPT

OCT 3 1 2000

CLERK OF THE CIRCUIT
CRIMINAL DIVISION

| Gross | Misc. | Discount | Sales Tax | Shipping | Order Total | Deposit | Chg Amt/Bal |
|---|---|---|---|---|---|---|---|
| 29.32 | 0.00 | 0.00 | 0.00 | 5.95 | 35.27 | 0.00 | |

**NIC**  NIC LAW ENFORCEMENT SUPPLY
500 Flournoy Lucas Road Bld. #3
Shreveport, LA. 71106-8119
(318) 688 1365    FAX (318) 688 1367
www.nic-inc.com

SHIP VIA:
US MAIL
PKG ID# 246652
Ph# 847 888-9330

Ship to:

Mr. James Baker
750 S. State Street (I-East)

# NIC

500 Flournoy Lucas Road Bld. #3
Shreveport, L    1106-8119
(318) 688 1365    FAX (318) 688 1367
www.nic-inc.com

Order No.  246679-1
PO# -NONE
Date  04/26/9

Process: 04/26/9

old to:

James Baker
750 S. State Street (I-East)
Elgin, IL 60123

Ship to:

Mr. James Baker
750 S. State Street (I-East)
Elgin, IL 60123

| Customer No. | Sales I.D. | Batch Code | Media Code | Pay Method | Order Total |
|---|---|---|---|---|---|
| 280637 | KM | | CAT12 | MC | 113.85 |

| Credit Card Number | Exp. | Phone Number | Total Wt. | Zone | Total Items | Ship Via |
|---|---|---|---|---|---|---|
| 540424000159XXXX | 12/31/1999 | 847 888-9330 | 1.00 | 5 | 4 | UPS |

essage:

THANK YOU FOR YOUR ORDER!
Please see our Online Shopping at Website    www.nic-inc.com
shipping questions email  enigma@nic-inc.com                     wo 04/26/9911:3

| QTY. | Item # | Description | Shipped | B/O | Unit Cost | Extension |
|---|---|---|---|---|---|---|
| 1 | A65 - AFEDERAL CASE W/BADGE FLAP | | | | 20.00 | 20 |
| 1 | CBG1 - Custom Badge Gold | | | | 59.95 | 59 |
| 1 | CG - G-SERIES COMPLETION/CUSTOMIZING | | | | 15.00 | 15 |
| 1 | G111 - SECURITY OFFICER - FED STYLE INFO INCLUDED | | | | 9.95 | |

RECEIVED

OCT 3

CLERK OF THE
CRIMINAL

| Gross | Misc. | Discount | Sales Tax | Shipping | Order Total | Deposit | Chg Amt/Ba |
|---|---|---|---|---|---|---|---|
| 104.90 | 0.00 | 0.00 | 0.00 | 8.95 | 113.85 | 0.00 | 11 |

# NIC

**NIC LAW ENFORCEMENT SUPPLY**
500 Flournoy Lucas Road Bld. #3
Shreveport, LA. 71106-3119
(318) 688 1365    FAX (318) 688 1367
www.nic-inc.com

**********************
* UPS SHIPPER NUMBER *
*     LA 70X-238     *
*   PKG ID#246679    *
**********************

ip to:    Via: United Parcel    Zone: 5
Mr. James Baker
750 S. State Street (I-East)



**NIC** Shreveport. LA 71106-8119
(318) 688 1365   FAX (318) 688 1367
www.nic-inc.com

Date

Process:

old to:

James Baker
750 S. State Street (I-East)
Elgin, IL  60123

Ship to:

Mr. James Baker
750 S. State Street (I-East
Elgin, IL  60123

| Customer No. | Sales I.D. | Batch Code | Media Code | Pay Method | Or |
|---|---|---|---|---|---|
| 280637 | DF | | CAT14 | VI | |

| Credit Card Number | Exp. | Phone Number | Total Wt. | Zone | |
|---|---|---|---|---|---|
| 467836737139XXXX | 04/30/2000 | 847 868-9330 | 1.00 | 5 | 3 |

lessage:

THANK YOU FOR YOUR ORDER!
Please see our Online Shopping at Website     www.nic-inc.com
shipping questions email  enigma@nic-inc.com                    wO 06/01

| QTY | Item # | Description | Shipped B/O | Unit Cost | Item |
|---|---|---|---|---|---|
| | A65 - A FEDERAL CASE W/BADGE FLAP | | / | 20.00 | |
| | 7G - G-SERIES COMPLETION/CUSTOMIZING | | / | 15.00 | |
| 1 | G134 - SECURITY ENFORCEMENT - FED STYLE INFO INCLUDED | | | 9.95 | |

REC

OCT

CLERK OF THE
CRIMIN

| Gross | Misc. | Discount | Sales Tax | Shipping | Order Total | Deposit | |
|---|---|---|---|---|---|---|---|
| 44.95 | 0.00 | 0.00 | 0.00 | 5.95 | 50.90 | 0.00 | |

**NIC** *NIC LAW ENFORCEMENT SUPPLY*
500 Flournoy Lucas Road Bld. #3
Shreveport, LA 71106-8119
(318) 688 1365   FAX (318) 688 1367
www.nic-inc.com

```
************************
*  UPS SHIPPER NUMBER
*      LA 70X-238
*    PKG ID#247665
************************
```

Ship to:      Via: United Parcel      Zone:
              Mr. James Baker
              750 S. State Street (I-East)

License No. S0F03

# SECURITY CONSULTANT

This is to certify that:

## James Baker

is an independent CONSULTANT. By virtue of his training and experience
he is authorized to conduct security investigations and surveys including, but
not limited to: a) Personal Threat Analysis; b) Industrial Espionage; and c)
Perimeter Security Evaluation. If, and when, consistent with local regulations,
he may be authorized to carry unusual personal weapons and make
confidential inquiries of a sensitive nature. He is granted all authorities
allowed him by law.

_____          _____
MANAGER                          SECRETARY



# SECURITY CONSULTANT

| DATE ISSUED | EXPIRATION |
|---|---|
| 11-01-98 | Indefinite |

SPECIAL IDENTIFICATION

| HEIGHT | NAME |
|---|---|
| 6' 2" | James Baker |

| WEIGHT | ADDRESS |
|---|---|
| 230 lbs. | 750 South State Street |

| COLOR HAIR | CITY/STATE |
|---|---|
| Black | Elgin, Illinois 60123 |

| COLOR EYES | SIGNATURE |
|---|---|
| Brown | James Baker |

License No. S0F03                    Telephone No. (847)888-93



RECEIV

OCT 3 1 2000



RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

## SPECIAL IDENTIFICATION

This is to certify that the bearer:

*James Baker*

granted complete and full authority as allowed by law and statute. All authorities are requested to render assistance and cooperation in the legal discharge of duties and/or responsibilities of the individual identified by this document. Void if altered.

ORIGINAL, NY.

## FOR OFFICIAL USE ONLY

## SPECIAL IDENTIFICATION

| Issue Date | Expiration |
|---|---|
| 11-01-98 | Indefinite |

| HEIGHT | NAME |
|---|---|
| 6' 2" | James Baker |
| **WEIGHT** | **ADDRESS** |
| 230 lbs. | 750 South State Street |
| **COLOR OF HAIR** | **CITY/STATE** |
| Black | Elgin, Illinois 60123 |
| **COLOR EYES** | **SIGNATURE** |
| Brown | *James Baker* |

License No. S0F03 | Telephone No. (847) 888-

## ...CURITY ENFORCEMENT
## SPECIAL IDENTIFICATION

| | HT | 6' 2" |
|---|---|---|
| NAME James Baker | WT | 230 lbs. |
| ADDRESS 750 S. State Street | HAIR | Black |
| Elgin, Illinois 60123 | EYES | Brown |
| EXPIRATION Indefinite | | |
| (847) 888-9330 | | |

S0F03

ENFORCEMENT AGENT SIGNATURE

## ...ECURITY ENFORCEMENT

The Bearer ____ *James Baker*
Company or Organization:

## KING OF EGYPT

As a SECURITY ENFORCEMENT SPECIALIST for the named company or organization, the bearer is granted all rights authorized by law under existing local, state and federal regulations. The cooperation and assistance of all persons is requested as the bearer discharges his/her duties.

*James Baker*
AUTHORIZING OFFICIAL

The Bearer

## SECURITY OFFICER

*James Baker*
Company or Agency:

KING OF EGYPT

## SECURITY OFFICER
## SPECIAL IDENTIFICATION

| | 6' 2" |
|---|---|
| WT | 230 lbs. |
| HAIR | Black |
| EYES | Brown |
| NAME | |
| James Baker | |
| ADDRESS | |
| 750 S. State St. 1 East | |
| Elgin, IL 60123-7612 | Indefinite |
| (847) 888-9330 | |







## STATE IDENTIFICATION

NAME:
ADDRESS:
CITY/STATE:
COUNTY/PARISH:
Date Issued
Sex    Weight    Height    Eyes    Hair

PLACE PHOTO HERE

IDENTIFICATION NO.

SIGNATURE FOR IDENTIFICATION PURPOSES

## CONCEALED WEAPONS

TYPE: **PERMIT TO CARRY**

PLACE PHOTO HERE

TO
ADDRESS
CITY
OCCUPATION
EMPLOYED BY
ISS. DATE          EXP. DATE
LIC.#              TYPE

CONTROL NO:

CONDITIONS OF PERMIT ON REVERSE

## LAW ENFORCEMENT CODES

| | | | |
|---|---|---|---|
| 10-0 | Caution! | 10-33 | Emergen |
| 10-1 | Unable to Copy—Change Location | 10-34 | Riot |
| | | 10-35 | Maj. Crm |
| 10-3 | Stop transmitting | 10-36 | Correct T |
| 10-4 | Acknowledgement | 10-37 | Investiga |
| 10-5 | Relay | | Suspicio |
| 10-6 | Busy-Stand-by Unless Urgent | 10-38 | Stopping Vehicle |
| 10-7 | Out of Service | 10-39 | Urgent— |
| 10-8 | In Service | | and Siren |
| 10-9 | Repeat | 10-40 | Silent Run |
| 10-10 | Fight in Progress | | No Light |
| 10-11 | Dog Case | 10-41 | Beginning |
| 10-12 | Stand-by (Stop) | 10-42 | Ending S |
| 10-13 | Weather-Road Rpt | 10-43 | Informat |
| 10-14 | Prowler Report | 10-44 | Request |
| 10-15 | Civil Disturbance | | To Leave |
| 10-16 | Domestic Problem | | For— |
| 10-17 | Meet Complainant | 10-45 | Animal C |
| 10-18 | Complete Quickly | 10-46 | Asist Mo |
| 10-19 | Return To | 10-47 | Emergen |
| 10-20 | Location | | Repairs |
| 10-21 | Call___by Phone | 10-48 | Traffic L |
| 10-22 | Disregard | | Repairs |
| 10-23 | Arrived At Scene | 10-49 | Traffic Li |
| 10-24 | Task Completed | 10-50 | Accident |
| 10-25 | Report In Person | 10-51 | Wrecker |
| 10-26 | Detaining Subj. Expedite | 10-52 | Ambula |
| 10-27 | Driver's Lic. Info. | 10-53 | Road Blo |
| 10-28 | Vehicle Reg. Info. | 10-54 | Livestock |
| 10-29 | Check Wanted Record for Info. | 10-55 | Drunk D |
| | | 10-56 | Drunk P |
| 10-30 | Illegal Use of Radio | 10-57 | Hit & R |
| 10-31 | Crime in Progress | 10-58 | Direct T |
| 10-32 | Man With A Gun | 10-59 | Convoy |
| | | 10-60 | Squad |

## LAMINATION INSTRUCTIONS

To laminate your card, simply follow these instructions using a household iron. For greater ease, we recommend the use of a heat laminating machine. These are usually available at libraries, video stores, etc. If you provide the laminate pouch, you may be able to have your card run through a laminator for a nominal charge!

1. Set iron on lowest heat setting. Do not use steam. Remember: you can always add more heat, but if your iron is too hot, the laminate will become distorted.
2. Carefully position card in laminate, and place on a firm, smooth, non-flammable surface.
3. Place a sheet of paper between the laminate and the iron.
4. Apply iron with even pressure over entire card. Turn the card over and repeat.
5. Check edges of laminate to see if the sealing process is complete. If not, apply the iron again to the edges only until the sealing is accomplished.
6. Trim to fit your wallet or card carrier. Be certain to leave some plastic on all sides to insure that your card is waterproof.
7. If anything goes wrong, remember NIC guarantees all products. Just return your card and we will replace it free!

Control No.
SIGNATURE
CITY/STATE
ADDRESS
NAME
Right Thumb Print

Photograph



SECURITY
SPECIAL OFFICER
Multi-Color Enamel
center on Brass finish badge
M133.......$19.95

FEDERAL FIREARMS
DEALER, TYPE 1
With US Eagle Enamel Center
M160.......$24.95

CONCEALED
WEAPONS PERMIT
With US Eagle Enamel Center
M159.......$24.95

BAIL ENFORCEMENT
AGENT
3" Brass with Gold tone
finish & Blue enamel center
M136.......$29.95

BAIL ENFORCEMENT
OFFICER
3" Gold finish on Brass
with Multi-color enamel
M138.......$29.95

BAIL BOND INVESTIGATO
BOUNTY HUNTER
3" Brass with Gold tone
finish & Blue enamel cent
M137.......$29.95

TOLL FREE 888 642 0007

NIC, INC., LAW ENFORCEMENT SUPPLY
500 Flournoy Lucas Road, Bldg. 3
Post Office Box 5950
Shreveport, LA 71135-5950 USA

BULK RAT
U.S. Posta
PAID
Shreveport
PERMIT

SOF03 1998

JAMES BAKER
750 S State St Apt 1
Elgin IL 60123-7612

ORDERS: 888 642 0007   FAX: 318/688-1367

# EXHIBITS { C }

James Baker, "Pro Se"
750 South State Street { I-Unit }
Elgin IL. 60123-7692
Phone: [847] 289-1473

Thursday, September 05, 2002

Original Writ For Release:

This writ was filed and received 2 years ago by the Circuit Court Clerk Criminal

Division of Cook County, I have not been answered.

Sincerely,

James Baker "Pro Se".
Pentagon: The US Department of Defense.
Enforcement Special Security USA,
License No. S O F O 3.

KING OF EGYPT _____ "Pro Se".

# MOTION FOR CHARGES AND CONTENTS OF PETITION
# CIRCUIT COURT OF COOK COUNTY CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,

PLAINTIFF,

VS.

JAMES BAKER,
DEFENDANT.

RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

NO. 85-9862
CASE NUMBER.
THE HONORABLE,
VINCENT M. GAUGHEN
{ JUDGE'S NAME }
CIRCUITS JUDGE PRESIDING
{ ROOM: 500 }

FOR OBSTRUCTION OF JUSTICE, INCOMPETENCE, HARMFUL TO SELF AND OTHERS, SUPPRESSION OF GOVERNMENT PROPERTY WITHOUT REPORTING TO THE COURTS, SINCE JUNE 6, 1999.
PROPERTY SUPPRESSED:
SELF IDENTIFICATION: JAMES BAKER.
                     SECURITY ENFORCEMENT.
                     ENFORCEMENT SPECIAL SECURITY USA.
                     LICENSE NO. SOFO3.
                     KING OF EGYPT.
PROPERTY: F12- FOLIO - SECURITY CONSULTANT { IDENTIFICATION }.
          F34- FOLIO - SPECIAL IDENTIFICATION.
          G134 - FOLIO - SECURITY ENFORCEMENT, BADGE AND ID.
NO RECEIPT WAS GIVEN FOR PROPERTY.

## CHAPTER 38 CRIMINAL LAW AND PROCEDURE
OFFENSES AFFECTING GOVERNMENTAL FUNCTIONS { PAR. 30-1 } PART { E }.
OFFENSES AFFECTING GOVERNMENT { PAR. 90-1 } PART { E }.
ARTICLE 31. INTERFERENCE WITH PUBLIC OFFICERS.
ARTICLES { 16-1 }, { 16-2 }, { 15-3 }, { 15-4 }, { 15-5 }, { 15-7 }, { 15-8 }, { 15-9 }.
30-1 TREASON.
30-3 ADVOCATING OVERTHROW OF GOVERNMENT.
31-1 RESISTING OR OBSTRUCTING A PEACE OFFICER.
31-4 OBSTRUCTING JUSTICE.
31-3 OBSTRUCTING SERVICE OF PROCESS.
31-8 REFUSING TO AID AN OFFICER.
33C-1 FRAUDULENTLY OBTAINING OR RETAINING CERTIFICATION.
33C-2 WILLFULLY MAKING FALSE STATEMENT.
33C-3 WILLFULLY OBSTRUCTING OR IMPEDING AN OFFICIAL OR EMPLOYEE OF ANY AGENCY IN HIS INVESTIGATION.
ARTICLES 107. ARREST.

Par. 107-4 ARREST BY PEACE OFFICER FROM OTHER JURISDICTION,
{SECTIONS} 1, 2, 3, { b }, { c }.
Par. 107-5 METHOD OF ARREST, { b }, { c }, { d }.
Par. 107-6 RELEASE BY OFFICER OF PERSON ARRESTED.
Par. 107-7 PERSONS EXEMPT FROM ARREST, { b }, { c }, { d }.
Par. 107-8 ASSISTING PEACE OFFICER, { b }, { c }.
Par. 107-9 ISSUANCE OF ARREST WARRANT UPON COMPLAINT, { a }, { b }, { 1 }, {
2 }, { 3 }, { 4 }, { c }, { d }, { 1 }, { 2 }, { 3 }, { 4 }, { 5 }, { 6 }, { 7 }, { e }.
Par. 107-10 DEFECTIVE WARRANT.
Par. 107-11 WHEN SUMMONS MAY BE ISSUED.
Par. 108a-2 AUTHORIZED DISCLOSURE OR USE OF INFORMATION.
ARTICLE 110. BAIL.
Par. 110-2 RELEASE ON OWN RECOGNIZANCE.
Par. 111-5 FORMAL DEFECTS IN A CHARGE.
Par. 111-7 LOSS OF CHARGE.
Par. 111-8 ORDERS OF PROTECTION TO PROHIBIT DOMESTIC VIOLENCE.
Par. 112a-16 ACCOUNTABILITY FOR ACTIONS OF OTHERS.

OFFICERS CHARGED:
OFFICER CHARGED:
DENNIS HEADLEY.
PROGRAM DIRECTOR, ELGIN MENTAL HEALTH CENTER.

OFFICERS CHARGE FOR NEGLECT OR NEGLIGENCE:
NANCY STAPLES-SUPERINTENDENT.
MR. TOM MONAHAN - FORENSIC PROGRAM DIRECTOR.
MR. DAVID DAVIS - UNIT DIRECTOR, { 1-EAST }.
DR. SINGH - PSYCHIATRIST { I - UNIT }.
MR. DARRELL - INTERNAL INVESTIGATOR, FROM INSPECTOR GENERALS
OFFICE.

ALL ARE EMPLOYEE'S OF ELGIN MENTAL HEALTH CENTER.

ENFORCEMENT SPECIAL SECURITY USA.
LICENSE NO. SOFO3.
KING OF EGYPT _____ *James Baker*

RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

Court Date - 11-2-200○

Thursday, October 19, 2000

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**PEOPLE OF THE STATE OF ILLINOIS**

**VS.**

RE: # 85-9862

NO.: _____

RECEIVED
OCT 3 1 2000
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

**JAMES BAKER**

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

YOUR PETITIONER *JAMES BAKER*
**FOR AND IN BEHALF OF THE ABOVE NAMED RELATOR RESPECTFULLY REPRESENT TO THE HONORABLE COURT THAT THE SAID RELATOR IS IN CUSTODY OF THE ILLINOIS DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES {DMHDD}, AND,**

**YOUR PETITION FURTHER REPRESENTS THAT THE SAID RELATOR IS ENTITLED UNDER THE LAW TO A HEARING ON HABEAS CORPUS TO TEST THE LEGALITY OF SAID DETENTION. IN SUPPORT OF THE REQUEST FOR A HEARING YOUR PETITIONER CLAIMS AS FOLLOWS:**

**CHAPTER 38 - CRIMINAL LAW AND PROCEDURE { 1987 EDITION }
MOTION TO DISMISS CHARGE AND INTERLOCUTORY BUSINESS
OR ORAL TESTIMONY IF NECESSARY
ARTICLE 100. TITLE AND SCOPE**

**ARTICLES:**
**" 101: GENERAL PURPOSES - par. 101-1 SECTIONS: [ a, b, c, d, e, ].**
**"102: GENERAL DEFINITIONS - par. 102-1, 102-2, 102-3, 102-4, 102-5, 102-7, 102-8, 102-9, 102-10, 102-11, 102-12, 102-13, 102-14, 102-15, 102-19, 102-20.**
**"114: PRE -TRIAL MOTIONS - par. 114-1 UPON THE WRITTEN MOTION OF THE DEFENDANT MADE PRIOR TO TRIAL BEFORE OR AFTER A PLEA HAS BEEN ENTERED THE COURT MAY DISMISS THE INDICTMENT, INFORMATION OR COMPLAINT UPON ANY OF THE FOLLOWING GROUNDS:**
**SECTIONS:**
**{6} THE COURT IN WHICH THE CHARGE HAS BEEN FILED DOES NOT HAVE JURISDICTION;**
**{7} THE COUNTY IS AN IMPROPER PLACE OF TRIAL;**
**{8} THE CHARGE DOES NOT STATE AN OFFENSE;**

{10} THE DEFENDANT IS MISNAMED IN THE CHARGE AND THE MISNOMER RESULTS IN SUBSTANTIAL INJUSTICE TO THE DEFENDANT. {KING OF EGYPT}, {b}, {c}, {d}, {e}, {f}. Sections.

Par. 114-2. MOTION FOR A BILL OF PARTICULARS - {a}, {b}, JUSTICE MAY REQUIRE.

Par. 116-2. MOTION IN ARREST OF JUDGMENT. SECTION- {2} THE COURT IS WITHOUT JURISDICTION OF THE CAUSE;

Par. 122-2. CONTENTS OF PETITION. { IF NECESSARY };

Par. 122-6. DISPOSITION IN TRIAL COURT.

ARTICLE 112A. DOMESTIC VIOLENCE: ORDER OF PROTECTION. { KING OF EGYPT }.

Par. 112a-25. IMMUNITY FROM PROSECUTION.

Par. 112-16. ACCOUNTABILITY FOR ACTIONS OF OTHERS; { SUPPRESSION OF EVIDENCE }.

ARTICLE 106. WITNESS IMMUNITY.

Par. 106-1. GRANTING OF IMMUNITY.

Par. 106-2. EFFECT OF IMMUNITY.

Par. 106-3. REFUSAL TO TESTIFY.

{ MOTION FOR FREE TRANSCRIPT } .

14-EXHIBITS FOR EVIDENCE.

RECEIVED

OCT 3 1 2000

CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION